**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01266-CV

**MARTIN BETTWIESER, Appellant**

**V.**

**SANDRA K. JEFFERY F/N/A SANDRA K. DILL INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS KARL BETTWIESER, DECEASED AND KEVIN JEFFERY, Appellees**

**On Appeal from the County Court at Law**
**Bastrop County, Texas**
**Trial Court Cause No. 17-18735**

## ORDER

The clerk's and reporter's records are overdue. By letters dated October 26, 2018, the Court instructed appellant to provide, within ten days, written verification that he has paid or made arrangements to pay for the record or written documentation that he is entitled to proceed without advance payment of costs. Appellant has not complied. Rather, appellant filed on November 2, 2018 a motion requesting a copy of the court reporter's electronic audio recording and an extension of time in which to request the records. A party is not entitled to a copy of an electronic audio recording. *See In re Daugherty*, 2018 WL 3868170 at *5, No. 05-17-01436-CV (Tex. App.—Dallas Aug. 15, 2018, orig. proceeding). Accordingly, we **DENY** the motion.

We **ORDER** appellant to file, by **November 30, 2018**, written verification that (1) he has requested preparation of the clerk's record and (2) paid or made arrangements to pay for the record or written documentation that he has been found entitled to proceed without advance payment of costs. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

By letter filed on October 26, 2018, Mary Angela Freeman, Certified Court Reporter, informed the Court that appellant has not requested nor made arrangements to pay for the reporter's record. We **ORDER** appellant to file, by **November 30, 2018**, written verification that (1) he has requested preparation of the reporter's record and (2) paid or made arrangements to pay for the record or written documentation that he has been found entitled to proceed without advance payment of costs. We caution appellant that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Sarah Loucks, Bastrop County District Clerk, Mary Angela Freeman, Certified Court Reporter, and all parties.

/s/    ADA BROWN  
       JUSTICE